LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-07250-GAF (FMOx) | Date | February 16, 2010 |
|---|---|---|---|
| Title | Ramon Carter v. U-Store-It, L.P. et al | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:** **(In Chambers)**

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

The parties are **ORDERED** to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). In this matter:

> ☒ Defendants did not answer the complaint, yet **Plaintiffs have failed to request entry of default**, pursuant to Fed. R. Civ. P. 55(a). The parties can satisfy this order by seeking entry of default, filing an answer to the complaint or by dismissing the complaint.

The Court is aware that the parties are considering settlement of the matter; however further action is required at this time.

The parties must respond to this order within 20 days. **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

IT IS SO ORDERED.